| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>DANIEL L. WARSHAW (Bar No. 185365)<br>  dwarshaw@pwfirm.com<br>BOBBY POUYA (Bar No. 245527)<br>  bpouya@pwfirm.com<br>PEARSON WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, California 91403<br>Telephone: (818) 788-8300 | |
| ATTORNEY(S) FOR: Plaintiff and the Proposed Class | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEAVENY DRUG, INC., individually and on behalf of a class of those similarly situated,<br>Plaintiff(s),<br>v.<br>GOODRX, INC., ET AL.,<br>Defendant(s) | CASE NUMBER:<br>2:24-cv-9379<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Keaveny Drug, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Keaveny Drug, Inc. | Plaintiff |

October 30, 2024                     /s/ Bobby Pouya
Date                                          Signature

Attorney of record for (or name of party appearing in pro per):

BOBBY POUYA