Bobby Pouya (Bar No. 245527)
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KEAVENY DRUG, INC., | CASE NUMBER |
|---|---|
| v.    Plaintiff(s) | 2:24-cv-09379-SPG-SK |
| GOODRX, INC., ET AL., Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Heidi M. Silton
*Applicant's Name (Last Name, First Name & Middle Initial*
612-339-6900         612-339-0981
*Telephone Number*     *Fax Number*
hmsilton@locklaw.com
*E-Mail Address*

of Lockridge Grindal Nauen PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Keaveny Drug, Inc.

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Pouya, Bobby
*Designee's Name (Last Name, First Name & Middle Initial*
245527         (818) 788-8300      (818) 788-8104
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
bpouya@pwfirm.com
*E-Mail Address*

of PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**