1 | DANIEL L. WARSHAW (Bar No. 185365)
    dwarshaw@pwfirm.com
2 | BOBBY POUYA (Bar No. 245527)
    bpouya@pwfirm.com
3 | NAVEED ABAIE (Bar No. 323338)
    nabaie@pwfirm.com
4 | **PEARSON WARSHAW, LLP**
5 | 15165 Ventura Boulevard, Suite 400
6 | Sherman Oaks, California 91403
7 | Telephone: (818) 788-8300
8 | Facsimile: (818) 788-8104

*Attorneys for Plaintiff and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEAVENY DRUG, INC., individually and on behalf of a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX, INC.; GOODRX HOLDINGS, INC.; CVS CAREMARK CORP.; EXPRESS SCRIPTS, INC.; MEDIMPACT HEALTHCARE SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS, LLC,<br><br>Defendants. | CASE NO. 2:24-cv-09379-SPG-SK<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>DANIEL L. WARSHAW, ESQ. (SBN 185365); BOBBY POUYA, ESQ. (SBN 245527)<br>**PEARSON WARSHAW, LLP**<br>15165 Ventura Blvd., Suite 400<br>Sherman Oaks, CA 91403<br>TELEPHONE NO.: (818) 788-8300        FAX NO. (Optional): (818) 788-8104<br>E-MAIL ADDRESS (Optional): dwarshaw@pwfirm.com / bpouya@pwfirm.com<br>ATTORNEY FOR (Name): Plaintiff and the Proposed Clases | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION** | |
| PLAINTIFF/PETITIONER: KEAVENY DRUG, INC., individually and on behalf of a class of those similarly situated<br>DEFENDANT/RESPONDENT: GOODRX, INC.; et al. | CASE No.:<br>2:24-cv-09379-SPG-SK |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>PEASI-0187031.GE |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] Summons in a Civil Action        e. [ ] First amended complaint
   b. [X] Class Action Complaint - Jury Trial Demanded    f. [ ] Second amended complaint
   c. [X] Civil Cover Sheet              g. [ ] Third amended complaint
   d. [X] Other (specify documents): SEE ATTACHED LIST OF DOCUMENTS

3. a. Party served (specify name of party as shown on documents served):
      **MEDIMPACT HEALTHCARE SYSTEM, INC.**
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      **CT CORPORATION SYSTEM, AGENTS FOR SERVICE By leaving with JACQUELINE MEJIA, AUTHORIZED TO ACCEPT**

4. Address where the party was served: **330 N. BRAND BLVD., SUITE 700, GLENDALE, CA 91203**

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 11/05/2024    (2) at (time): 11:00 AM
   b. [ ] **By Substituted Service.** On (date):        at (time):        I left the documents listed in item
         with or in the presence of (name and title or relationship to person indicated in item 3a):

      (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
            (date):        from (city):            or [ ] A Declaration of Mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

*Keaveny Drug, Inc. v. GoodRx, Inc., et al.*; Case No.2:24-cv-09379-SPG-SK

## Documents Served

1. Summons
2. Complaint
3. Civil Cover Sheet
4. Certification and Notice of Interested Parties
5. Notice of Appearance or Daniel L. Warshaw
6. Notice of Appearance of Naveed Abaie
7. Notice of Assignment to United States Judge
8. Notice to Parties of Court-Directed ADR Program
9. Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
10. Notice of Appearance of Joseph Bourne
11. Schedule of Pretrial and Trial Dates Worksheet for Class Actions
12. Standing Order for Newly Assigned Civil Cases
13. Order Setting Scheduling Conference
14. Civil Pretrial Schedule and Trial Order
15. Standing Order for Motions for Summary Judgment
16. Template [Proposed] Final Pretrial Conference Order
17. Template Joint Exhibit List
18. Template [Proposed] Order
19. Template Witness List

| PLAINTIFF/PETITIONER: KEAVENY DRUG, INC., individually and on behalf of a class of those similarly situated | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: GOODRX, INC.; et al. | 2:24-cv-09379-SPG-SK |

5.  c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:   (2) from *(city)*:

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section)*:

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
      Under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)        [ ] 415.46 (occupant)
                                        [ ] Other

7. **Person who served papers**
   a. Name: AUGUST KUND
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 135.58
   e. I am:
      (1) [ ] Not a Registered California process server.
      (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a Registered California process server:
         (i)   [ ] Owner     [X] Employee     [ ] Independent contractor.
         (ii)  Registration No.: 2017038478
         (iii) County: LOS ANGELES

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
       or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: November 08, 2024

| AUGUST KUND | *(signature)* |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |

POS-010 [Rev. January 1, 2007]           **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com