UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KEAVENY DRUG, INC., individually and on behalf of a class of those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GOODRX, INC.; GOODRX HOLDINGS, INC.; CVS CAREMARK CORP.; EXPRESS SCRIPTS, INC.; MEDIMPACT HEALTHCARE SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS, LLC,<br><br>        Defendants. | Case No. 2:24-cv-09379-SPG-SK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Earliest Complaint Served: 11/05/2024<br>Earliest Response Due: 11/26/2024<br>New Response Date: 01/10/2025<br><br>Honorable Sherilyn Peace Garnett<br>United States District Judge |

The Court, having read and considered the joint stipulation (the "Joint Stipulation") filed on behalf of Plaintiff Keaveny Drug, Inc. and Defendants GoodRx, Inc., GoodRx Holdings, Inc., CVS Caremark Corp., Express Scripts, Inc., MedImpact Healthcare Systems, Inc., and Navitus Health Solutions, LLC (collectively, the "Parties"), and finding GOOD CAUSE thereon, hereby grants the Joint Stipulation.

**IT IS HEREBY ORDERED** that:

1. Defendants' response to Plaintiff's Complaint is to be filed on or by January 10, 2025;

2. Up to and until January 10, 2025, none of Parties shall seek or be required to provide the disclosures or discovery contemplated by Federal Rules of Civil Procedure 26, 30, 31, 33, 34, or 36;

3. The Joint Stipulation does not constitute a waiver of any of the Parties' claims, rights, or defenses, including but not limited to the right to seek a further extension of GoodRx's time to answer or otherwise respond to the Complaint or any other pleading filed by Plaintiff in the above-captioned action; and

4. If Defendants answer, move, or otherwise plead with respect to a complaint in a related case pending in any district, Defendants will concurrently answer, move, or otherwise plead in response to the Complaint.

Dated:_____            _____
                                                                         SHERILYN PEACE GARNETT
                                                                         United States District Judge