DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

David J. Lender (*pro hac vice* forthcoming)
david.lender@weil.com
Eric S. Hochstadt (*pro hac vice* forthcoming)
eric.hochstadt@weil.com
Jennifer Brooks Crozier (*pro hac vice* forthcoming)
jennifer.crozier@weil.com
Alexandra Rose (*pro hac vice* forthcoming)
alexandra.rose@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants GOODRX, INC.
and GOODRX HOLDINGS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KEAVENY DRUG INC., individually and on behalf of a class of those similarly situated,<br>   Plaintiff,<br>v.<br>GOODRX, INC.; GOODRX HOLDINGS, INC.; CVS CAREMARK CORP.; EXPRESS SCRIPTS, INC.; MEDIMPACT HEALTHCARE SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS, LLC<br>   Defendants. | Case No. 2:24-cv-09379-SPG-SK<br><br>**GOODRX, INC.'S NOTICE OF INTERESTED PARTIES**<br><br>Courtroom 5C<br>Honorable Sherilyn Peace Garrett |

Pursuant to Local Civil Rule 7.1-1, the undersigned counsel of record for Defendant GoodRx, Inc. ("GoodRx"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. GoodRx
2. GoodRx Holdings, Inc. (GoodRx's parent company)
3. Silver Lake LLC (GoodRx Holdings, Inc. shareholder)
4. Francisco Partners Management, LP (GoodRx Holdings, Inc. shareholder)
5. Idea Men LLC (GoodRx Holdings, Inc. shareholder)
6. American Zurich Insurance Co. (an insurance carrier that may be liable in whole or in part for a judgment in the action or for the cost of defense)

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for GoodRx Holdings, Inc. further certifies that:

1. GoodRx Holdings, Inc. is GoodRx's parent corporation (through an intermediary, non-public segment, GoodRx Intermediate Holdings, LLC); and
2. GoodRx Holdings, Inc. owns 100% of GoodRx's stock (through an intermediary, non-public segment, GoodRx Intermediate Holdings, LLC).

Dated: December 4, 2024

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _/s/ David R. Singh_
      DAVID R. SINGH

Attorneys for Defendant GoodRx, Inc.