# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEAVENY DRUG, INC., individually and on behalf of a class of those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOODRX, INC.; GOODRX HOLDINGS, INC.; CVS CAREMARK CORP.; EXPRESS SCRIPTS, INC.; MEDIMPACT HEALTHCARE SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 2:24-cv-09379-SPG-SK<br><br>**ORDER GRANTING SECOND JOINT STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF NO. 35]** |

Before the Court is the Parties' Second Joint Stipulation Extending Time to Respond to Plaintiff's Complaint (ECF No. 35 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. Defendants' time to answer, move, or otherwise respond in the Action is extended from the current deadline of January 10, 2025 until forty-five (45) days after the later of: (i) the date upon which plaintiffs in the Related Actions have filed a consolidated complaint in any district or (ii) the date upon which the Judicial Panel on Multidistrict

Litigation rules upon any newly filed motion to transfer and centralize (the "Extension Period");

2. During the Extension Period, none of the Parties shall seek or be required to provide the disclosures or discovery contemplated by Federal Rules of Civil Procedure 26, 30, 31, 33, 34, or 36;

3. If Defendants answer, move, or otherwise plead with respect to a complaint in a Related Action pending in any district, Defendants will concurrently answer, move, or otherwise plead with respect to the Complaint in this Action;

4. The Stipulation does not constitute a waiver of any of the Parties' claims, rights, arguments, or defenses, including but not limited to the right to seek a further extension of Defendants' time to answer or otherwise respond to the Complaint or any other pleading filed by Plaintiff in any of the Related Actions; and

5. The Parties shall provide the Court with periodic Joint Status Reports every ninety (90) days, apprising the Court of any updates on the consolidation of the Related Actions.

**IT IS SO ORDERED.**

Dated: January 3, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE